# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRAL ELLIS,

    Plaintiff,

v.

CLARK COUNTY DETENTION CENTER,

    Defendant.

2:17-cv-01843-JCM-GWF

**ORDER**

## I. DISCUSSION

On July 6, 2017, Plaintiff, then an inmate in the custody of the Clark County Detention Center ("CCDC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). On July 10, 2017, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice to file a new application because Plaintiff's application had been incomplete. (ECF No. 3). Specifically, Plaintiff had not submitted a properly executed financial certificate or an inmate account statement. (*Id.* at 1). The Court directed Plaintiff to file a fully complete application to proceed *in forma pauperis* with complete financial attachments or pay the full $400 filing fee within 30 days from the date of that order. (*Id.* at 2). Shortly after the issuance of that order, Plaintiff relocated to Lake's Crossing Center in Sparks, Nevada. (ECF No. 6). The Clerk's Office re-mailed the order to Plaintiff's new address. (*Id.*) Plaintiff has not filed a new application to proceed *in forma pauperis* and has not paid the filing fee for this case. Instead Plaintiff has filed notices regarding a March 28, 2017 incident. (ECF No. 8, 9).

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has not submitted a

1 properly executed financial certificate on this Court's approved form or an inmate account statement. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted one final opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

///
///
///

2

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: This 21st day of August, 2017.

_____
United States Magistrate Judge